Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Marcus Manchion

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Marcus Manchion,<br><br>        Defendant. | Case No. 2:23-cr-00154-JCM-DJA<br><br>**Stipulation to Vacate Status Conference** |

The parties stipulate to vacate the status conference currently scheduled for August 9, 2024, at 10:00 AM (ECF No. 33). The parties enter into this stipulation for the following reasons:

1. United States Probation Officer Brianna King executed a Petition for Summons for Offender Under Supervision on April 1, 2024. (ECF No. 23.)

2. The Court issued an order granting the petition on April 3, 2024. (*Id.*)

3. Officer King filed an addendum to the petition on April 16, 2024. (ECF No. 26.)

4. Mr. Manchion made his initial appearance out of custody on April 17, 2024, and the Court set a revocation hearing for May 6, 2024. (ECF No. 27.)

5. The Court held the revocation hearing on May 6, 2024. (ECF No. 33.) Mr. Manchion was present at liberty. (*Id.*) He admitted to the allegations in the petition and the addendum. (*Id.*) He was sentenced to 50 hours of community service, and this matter was held in abeyance for 90 days to allow him time to complete the community service. (*Id.*)

6. Counsel for the defense conferred with Officer King on August 6, 2024, who confirmed that Mr. Manchion now has completed his community service hours.

Accordingly, the parties stipulate to vacate the status conference set for August 9, 2024, at 10:00 AM.

Dated August 7, 2024.

                                                          Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ David C. Kiebler* |
| Rick Mula | David C. Kiebler |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Based on the representations of the parties and United States Probation Officer Brianna King, the Court finds that Mr. Manchion has completed his community service hours, obviating the need for a status conference.

IT IS THEREFORE ORDERED that the status conference set for August 9, 2024, at 10:00 AM is vacated.

DATED August 7, 2024.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE